IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PETER GAKUBA,

    Petitioner,

    v.

THE ATTORNEY GENERAL OF
PENNSYLVANIA,

    Respondent.

2:26-CV-00495-CCW

## ORDER

This case has been referred to Chief United States Magistrate Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 9, 2026, the Magistrate Judge issued a Report (the "R&R"), ECF No. 10, recommending that: Petitioner's Petition for Writ of Habeas Corpus, ECF No. 3, be dismissed for lack of jurisdiction; Petitioner be warned that making additional abusive or frivolous filings related to his 2015 criminal convictions in the Circuit Court of Winnebago County, Illinois may result in the imposition of sanctions; and a certificate of appealability be denied. Service of the R&R was made on the parties, and Petitioner has filed Objections. See ECF No. 11.

After a de novo review of the pleadings and documents in the case, together with the R&R and the Objections thereto, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus, ECF No. 3, is DISMISSED for lack of jurisdiction. IT IS FURTHER ORDERED that a certificate of appealability is DENIED. Petitioner is warned that filing additional petitions or lawsuits related to his 2015 convictions in Winnebago County, Illinois may result in the imposition of sanctions, including but not limited to monetary sanctions and/or a filing injunction. IT IS

FURTHER ORDERED that the R&R, ECF No. 10, is ADOPTED as the Opinion of the District Court.

DATED this 23d day of April, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via United States mail)

Peter Gabuka
58 W. Biddle Street, APT 103
Baltimore, MD 20201